# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-109-JTM-JEM |
| | ) | |
| JOSEPH PLEASURE, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT JOSEPH PLEASURE

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT

Upon Defendant Joseph Pleasure's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on May 13, 2016, with the consent of Defendant Pleasure, counsel for Defendant Pleasure and counsel for the United States of America.

The hearing on Defendant Pleasure's plea of guilty was in full compliance with Federal Rule of Criminal Procedure 11 before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Pleasure under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Pleasure,

I **FIND** as follows:

(1) that Defendant Pleasure understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Pleasure understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his

right against compelled self-incrimination;

(3) that Defendant Pleasure understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Pleasure understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Pleasure has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Pleasure is competent to plead guilty;

(6) that Defendant Pleasure understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Pleasure's plea; and further,

I **RECOMMEND** that the Court accept Joseph Pleasure's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Pleasure be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Pleasure be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 13th day of May, 2016.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record
        Honorable James T. Moody