**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No: 2:15 CR 109** |
| | ) | |
| **JOSEPH PLEASURE** | ) | |

### O R D E R

Pursuant to the Findings and Recommendation of the United States Magistrate

Judge (DE #15), to which the defendant has waived objection, and subject to this court's

consideration of the Plea Agreement (DE #12) pursuant to FED. R. CRIM. P. 11(c)(3), the

Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the

offense charged in Count 1 of the Indictment (DE #1) is now hereby **ACCEPTED**, and

defendant is adjudged guilty of the offense as charged therein. A sentencing date will

be set under separate order.

**SO ORDERED.**

Date: June 2, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT